**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Gonzalez,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　　Defendant. | No. CIV 05-1569-PHX-DGC (DKD)<br><br>**ORDER** |

Pending before this Court is Plaintiff's Motion for Enlargement of Time to Respond (Doc. #12). The Complaint in this matter was filed May 25, 2005 (Doc. #1) and on February 9, 2006, Defendant filed a Motion to Dismiss (Doc. #9). In his response to Defendant's motion (Doc. #11), Plaintiff states "that he is unable to properly respond to Defendant's motion to dismiss because he has not received a copy of the motion from the Defendant and has no idea what to defend against." Upon good cause shown, Defendant will be required to provide Plaintiff with a copy of the Motion to Dismiss. Upon receipt of the Motion, Plaintiff will have an opportunity to supplement his response.

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion for Enlargement of Time to Respond (Doc. #12). Plaintiff shall have thirty (30) days from the date of receipt of the Motion to Dismiss to file a supplemental response.

1 **IT IS FURTHER ORDERED** that Defendant shall file any reply within fifteen (15) days from the date Plaintiff's files his supplemental response.

DATED this 31st day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge