**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Gonzalez,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No.  CIV 05-1569-PHX-DGC (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #9), filed February 6, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #9).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 30th day of May, 2006.

_David G. Campbell_
David G. Campbell
United States District Judge